FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1749

**Short Case Caption:** Manufacturing Resources International, Inc. v. ITC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung SDS America, Inc.; Industrial Enclosures Corporation d/b/a Palmer Digital Group; Coates US Inc.

| **Principal Counsel:** Kevin P. Martin | Admission Date: 07/27/2006 |
|---|---|
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 100 Northern Ave, Boston, MA 02210 | |
| Phone: 617-570-1186 | Email: kmartin@goodwinlaw.com |
| **Other Counsel:** Douglas J. Kline | Admission Date: 04/09/1992 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 100 Northern Ave, Boston, MA 02210 | |
| Phone: 617-570-1209 | Email: dkline@goodwinlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 05/24/2024                  Signature: /s/ Kevin P. Martin

                                                              Name: Kevin P. Martin

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Srikanth Reddy | Admission Date: 05/11/2016 |
|---|---|
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 100 Northern Ave, Boston, MA 02210 | |
| Phone: 617-570-1465 | Email: sreddy@goodwinlaw.com |
| **Other Counsel:** Patrick J. McCarthy | Admission Date: 02/10/2011 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 1900 N Street NW, Washington, District of Columbia 20036 | |
| Phone: 202-346-4266 | Email: pmccarthy@goodwinlaw.com |
| **Other Counsel:** Naomi L. Birbach | Admission Date: 06/29/2017 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 620 Eighth Avenue, New York, NY 10018 | |
| Phone: 212-459-7374 | Email: nbirbach@goodwinlaw.com |
| **Other Counsel:** Gerard Cedrone | Admission Date: 04/24/2018 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 100 Northern Ave, Boston, MA 02210 | |
| Phone: 617-570-1849 | Email: gcedrone@goodwinlaw.com |
| **Other Counsel:** Darryl Woo | Admission Date: 03/24/1999 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: Three Embarcadero Center, 28th Floor, San Francisco, CA 94111 | |
| Phone: 415-733-6068 | Email: dwoo@goodwinlaw.com |